**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

ALLEN FEINGOLD, : No. 39 EAL 2016
:
              Petitioner :
:
               : Petition for Allowance of Appeal from
               : the Order of the Superior Court
              v. :
:
:
:
ELIZABETH BRODY AND MARJORIE S. :
YELON, :
:
              Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.